UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRIE SCHEUFELE,

Plaintiff,

- against -

TABLEAU SOFTWARE, INC. et al.,

Defendants.

17cv5753 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2019

JOHN G. KOELTL, District Judge:

As discussed at the hearing today, the defendants' motion to dismiss is **denied**. The Clerk of Court is directed to close docket number 53.

The parties are directed to file a proposed scheduling order and report pursuant to Federal Rule of Civil Procedure 26(f) by **February 22, 2019**. The defendants' time to answer the complaint is extended to **March 1, 2019**.

SO ORDERED.

Dated: New York, New York
February 8, 2019

John G. Koeltl
United States District Judge