UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARRIE SCHEUFELE et al.,

                    Plaintiffs,                    17cv5753 (JGK)

        - against -                                ORDER

TABLEAU SOFTWARE, INC. et al.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

The lead plaintiff should reply to the defendants'

opposition to the motion for class certification by **November 20,**

**2019.**

SO ORDERED.

Dated:    New York, New York
          November 6, 2019

                                        John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-7-19__