UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-16-2020

CARRIE SCHEUFELE et al.,

                Plaintiffs,      17cv5753 (JGK)

    - against -                 **ORDER**

TABLEAU SOFTWARE, INC. et al.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the argument on **January 16, 2020,** the lead plaintiff, Plumbers and Pipefitters National Pension Fund, has satisfied the requirements for class certification under Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure. The motion for class certification is **granted.** The lead plaintiff is designated as class representative. Robbins Geller Rudman & Dowd LLP is designated as class counsel. The Clerk is directed to close Docket Number 111.

**SO ORDERED.**

Dated:    New York, New York
           January 16, 2020

                                      John G. Koeltl
                                  **United States District Judge**