USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-11-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARRIE SCHEUFELE et al.,

              Plaintiffs,

- against -

TABLEAU SOFTWARE, INC et al.,

              Defendants.

17cv5753 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Clerk is directed to close Docket No. 131.

SO ORDERED.

Dated:    New York, New York
        February 10, 2020

                                      John G. Koeltl
                            United States District Judge