UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHEUFELE ET AL.,

          Plaintiffs,

- against -

TABLEAU SOFTWARE, INC. ET AL.,

          Defendants.

17-cv-5753 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held on October 1, 2020, the parties will provide the Court with a joint status update on **October 28, 2020.**

The Court will hold a telephone conference with the parties on **October 30, 2020, at 2:30 pm.**

The deadlines for Daubert and summary judgment motions are stayed until further order.

SO ORDERED.

Dated:    New York, New York
          October 1, 2020

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10·1·20