```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SCHEUFELE ET AL.,

                Plaintiffs,

- against -

TABLEAU SOFTWARE, INC. ET AL.,

                Defendants.

17-cv-5753 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held on October 30, the defendants are ordered to begin producing documents from the batch of 57,000 documents that were not collected during initial document collection, by **Friday, November 6, 2020.**

Parties have agreed for the defendant to produce a copy of the litigation hold and the company's document retention policy.

The parties will provide the Court with a joint status report by **November 24, 2020.**

The Court will hold a telephone conference with the parties on **November 30, 2020, at 4:00 pm,** dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 30, 2020

                                          John G. Koeltl
                                    United States District Judge