UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CARRIE SCHEUFELE, JEFFREY : Civil Action No. 1:17-cv-05753-JGK
SCHEUFELE and NICHOLAS ORAM, :
Individually and on Behalf of All Others : CLASS ACTION
Similarly Situated, :
: STIPULATION AND [PROPOSED] ORDER
Plaintiffs, : FURTHER MODIFYING THE
: PROTECTIVE ORDER FOR PRIVILEGED
vs. : INFORMATION
:
TABLEAU SOFTWARE, INC., CHRISTIAN :
CHABOT, THOMAS WALKER, PATRICK :
HANRAHAN and CHRISTOPHER STOLTE, :
:
Defendants. :
:
---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-19-20

Counsel for Lead Plaintiff Plumbers and Pipefitters National Pension Fund ("Plaintiff") and counsel for Defendants Tableau Software, Inc. ("Tableau"), Christian Chabot, Thomas Walker, Patrick Hanrahan and Christopher Stolte ("Defendants" and, with Plaintiff, the "Parties"), respectfully submit this Stipulation and [Proposed] Order Further Modifying the Stipulation and [Proposed] Protective Order, which the Court approved and entered on March 21, 2019 (ECF Nos. 90, 92) (the "Protective Order"). This stipulation addresses additional concerns raised by Defendants and certain non-parties regarding the disclosure in discovery of information covered by the attorney-client privilege and/or work-product protection, as defined in Federal Rule of Evidence 502(g).

WHEREAS, Plaintiff has noticed depositions and/or served document requests on Defendants, Defendants' outside counsel in this action, Cooley LLP ("Cooley"), and Defendants' e-discovery vendor in this action, TransPerfect Legal Solutions ("TransPerfect"), seeking documents and other information relating to certain discovery issues described in the Parties' filings and in recent hearings in this action (collectively, the "discovery issues") (*see* ECF Nos. 150, 151, 152, and 156);

WHEREAS, in order to provide responsive information concerning the discovery issues, Defendants, Cooley, and TransPerfect would need to disclose certain documents and other information covered in whole or in part by the attorney-client privilege and/or work-product protection (collectively, "privileged discovery information");

NOW THEREFORE, the Parties agree and stipulate to the following, subject to the approval of the Court, that:

1. The following language will be added as Paragraph 10 to "Section I. DEFINITIONS" in the Protective Order:

- 1 -

10. **Privileged Discovery Information.** Documents or other information concerning certain discovery issues described in the Parties' filings in this action (*see* ECF Nos. 150, 151, 152, and 156) disclosed by Defendants, Cooley LLP, or TransPerfect Legal Solutions that are covered in whole or in part by the attorney-client privilege and/or work-product protection, as those terms are defined in Federal Rule of Evidence 502(g).

2. The following language will be added as Paragraph 4 to "Section VI. NO WAIVER" in the Protective Order:

4. Pursuant to Federal Rule of Evidence 502(d), the disclosure of Privileged Discovery Information in this Action through document productions or deposition testimony will not waive the attorney-client privilege or work-product protection over any undisclosed communications or information covered in whole or in part by the attorney-client privilege and/or work-product protection, in this Action or any other federal or state proceeding.

3. The following language will be added as Paragraph 5 to "Section VI. NO WAIVER" in the Protective Order:

5. Pursuant to Federal Rule of Evidence 502(d), the disclosure of Privileged Discovery Information through document productions or deposition testimony in this Action will not waive the attorney-client privilege or work-product protection over such Privileged Discovery Information in any other federal or state proceeding.

IT IS SO STIPULATED.

DATED: November 18, 2020

COOLEY LLP
CHRISTOPHER B. DURBIN (*pro hac vice*)
JEFFREY D. LOMBARD (*pro hac vice*)

_____
CHRISTOPHER B. DURBIN

1700 Seventh Avenue, Suite 1900
Seattle, WA  98199
Telephone:  206/452-8700
206/452-8800 (fax)
cdurbin@cooley.com
jlombard@cooley.com

COOLEY LLP
SARAH M. LIGHTDALE (SL 7122)
1114 A venue of the Americas, 46th Floor
New York, NY 10036
Telephone: 212/4 79-6000
212/479-6275 (fax)
slightdale@cooley.com

*Attorneys for Defendants*

DATED: November 18, 2020

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
WILLIAM J. GEDDISH

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
wgeddish@rgrdlaw.com

- 3 -

ROBBINS GELLER RUDMAN & DOWD LLP
STEVEN W. PEPICH
DOUGLAS R. BRITTON (*pro hac vice*)
X. JAY ALVAREZ
SUSANNAH R. CONN (*pro hac vice*)
KEVIN A. LAVELLE (*pro hac vice*)
MATTHEW J. BALOTTA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
stevep@rgrdlaw.com
dougb@rgrdlaw.com
jaya@rgrdlaw.com
sconn@rgrdlaw.com
klavelle@rgrdlaw.com
mbalotta@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

LABATON SUCHAROW LLP
JONATHAN GARDNER
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jgardner@labaton.com

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

*Additional Counsel for Lead Plaintiff*

\*   \*   \*

# ORDER

IT IS SO ORDERED.

DATED: 11/18/20

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

- 5 -