```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

SCHEUFELE ET AL.,

              Plaintiff,

    - against -

TABLEAU SOFTWARE, INC. ET AL.,

              Defendants.

17-cv-5753 (JGK)

ORDER

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

As discussed at today's conference, the parties will provide the Court with a joint status update by **December 11, 2020.**

The Court will hold a telephone conference with the parties on **December 15, 2020, at 4:00 pm.**

**SO ORDERED.**

**Dated:**    New York, New York
            November 30, 2020

                                                    /s/ John G. Koeltl
                                                      **John G. Koeltl**
                                         **United States District Judge**