```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————
SCHEUFELE ET AL.,
                                            17-cv-5753 (JGK)
                    Plaintiffs,
                                            ORDER
        - against -

TABLEAU SOFTWARE, INC. ET AL.,

                    Defendants.
————————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The conference scheduled for January 19, 2021 is cancelled.

The parties should submit a status report by March 19, 2021.

**SO ORDERED.**

**Dated:    New York, New York**
**          January 15, 2021**

                                    _____/s/ John G. Koeltl_____
                                         John G. Koeltl
                                    United States District Judge