UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHEUFELE, ET AL.,

            Plaintiffs,

  - against -

TABLEAU SOFTWARE, INC., ET AL.,

            Defendants.

---

17-cv-5753 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    A conference is scheduled for Tuesday, May 4, 2021 at 3:30 pm.

SO ORDERED.

Dated:    New York, New York
           April 19, 2021

                                    John G. Koeltl
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-21