UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHEUFELE ET AL.,

                Plaintiffs,

     - against -

TABLEAU SOFTWARE, INC. ET AL.,

                Defendants.

17-cv-5753 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has signed the Order Granting Preliminary Approval and Permitting Notice to the Class. The court notes that there are some blanks in the Notice and Proof of Claim that refer to pages in the Notice and Proof of Claim and should be added when the documents are actually printed and the page numbers can be determined. The Notice and Summary Notice can be dated when they are actually disseminated.

SO ORDERED.

Dated:    New York, New York
         May 7, 2021

                          John G. Koeltl
             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5-7-2021_