UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
CARRIE SCHEUFELE, JEFFREY : Civil Action No. 1:17-cv-05753-JGK
SCHEUFELE and NICHOLAS ORAM, :
Individually and on Behalf of All Others : CLASS ACTION
Similarly Situated, :
 : PLAINTIFF'S NOTICE OF MOTION AND
                Plaintiffs, : MOTION FOR FINAL APPROVAL OF
 : CLASS ACTION SETTLEMENT AND
       vs. : APPROVAL OF PLAN OF ALLOCATION
 :
TABLEAU SOFTWARE, INC., CHRISTIAN :
CHABOT, THOMAS WALKER, PATRICK :
HANRAHAN and CHRISTOPHER STOLTE, :
 :
                Defendants. :
 :
---------------------------------------------------------x

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiff United Association National Pension Fund (f/k/a/ The Plumbers and Pipefitters National Pension Fund), on behalf of the Class, through counsel, will move this Court on September 14, 2021, at 2:30 p.m., before the Honorable John G. Koeltl, for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; and (2) approving the proposed Plan of Allocation. This motion is based on: (i) the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (ii) the Declaration of David A. Rosenfeld in Support of Motions for: (1) Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Ross D. Murray; (iv) the Stipulation of Settlement; and (v) all other proceedings herein.

Proposed orders will be submitted with Plaintiff's reply submission on or before September 7, 2021.

DATED: August 10, 2021                     Respectfully submitted,

                                                    ROBBINS GELLER RUDMAN
                                                      &DOWD LLP
                                                   SAMUEL H. RUDMAN
                                                   DAVID A. ROSENFELD
                                                   WILLIAM J. GEDDISH
                                                   CHRISTOPHER T. GILROY

                                                                        s/ David A. Rosenfeld
                                                                        DAVID A. ROSENFELD

                                                 58 South Service Road, Suite 200
                                               Melville, NY  11747
                                               Telephone:  631/367-7100
                                               631/367-1173 (fax)
                                               srudman@rgrdlaw.com
                                               drosenfeld@rgrdlaw.com
                                               wgeddish@rgrdlaw.com
                                               cgilroy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (NY Bar No. DD9425)
ELLEN GUSIKOFF STEWART (*pro hac vice*)
STEVEN W. PEPICH (*pro hac vice*)
DOUGLAS R. BRITTON (*pro hac vice*)
JONAH H. GOLDSTEIN (*pro hac vice*)
X. JAY ALVAREZ (*pro hac vice*)
KEVIN A. LAVELLE (*pro hac vice*)
MATTHEW J. BALOTTA (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
elleng@rgrdlaw.com
stevep@rgrdlaw.com
dougb@rgrdlaw.com
jonahg@rgrdlaw.com
jaya@rgrdlaw.com
klavelle@rgrdlaw.com
mbalotta@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LABATON SUCHAROW LLP
JONATHAN GARDNER
CHRISTINE M. FOX
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
cfox@labaton.com

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

Additional Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

      I, David A. Rosenfeld, hereby certify that on August 10, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to received such notice. I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 10, 2021, at Melville, New York.

                                  /s/ DAVID A. ROSENFELD  
                                  DAVID A. ROSENFELD