UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARRIE SCHEUFELE, JEFFREY SCHEUFELE and NICHOLAS ORAM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TABLEAU SOFTWARE, INC., CHRISTIAN CHABOT, THOMAS WALKER, PATRICK HANRAHAN and CHRISTOPHER STOLTE,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:17-cv-05753-JGK<br><br>CLASS ACTION<br><br>CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

TO:　　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　　PLEASE TAKE NOTICE that Class Counsel will move this Court on September 14, 2021, at 2:30 p.m., before the Honorable John G. Koeltl, for entry of an order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; and (2) paying litigation expenses incurred in prosecuting the Litigation.  This motion is based on: (i) the Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses; (ii) the Declaration of David A. Rosenfeld in Support of Motions for: (1) Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Ross D. Murray; (iv) the Declaration of David A. Rosenfeld Filed on Behalf of Robbins Geller Rudman & Dowd LLP; (v) the Declaration of Christine M. Fox Filed on Behalf of Labaton Sucharow LLP; (vi) the Stipulation of Settlement; and (vii) all other proceedings herein.

A proposed order will be submitted with Plaintiff's reply submission on or before September 7, 2021.

DATED: August 10, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
WILLIAM J. GEDDISH
CHRISTOPHER T. GILROY

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
wgeddish@rgrdlaw.com
cgilroy@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (NY Bar No. DD9425)
ELLEN GUSIKOFF STEWART (*pro hac vice*)
STEVEN W. PEPICH (*pro hac vice*)
DOUGLAS R. BRITTON (*pro hac vice*)
JONAH H. GOLDSTEIN (*pro hac vice*)
X. JAY ALVAREZ (*pro hac vice*)
KEVIN A. LAVELLE (*pro hac vice*)
MATTHEW J. BALOTTA (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
elleng@rgrdlaw.com
stevep@rgrdlaw.com
dougb@rgrdlaw.com
jonahg@rgrdlaw.com
jaya@rgrdlaw.com
klavelle@rgrdlaw.com
mbalotta@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LABATON SUCHAROW LLP
JONATHAN GARDNER
CHRISTINE M. FOX
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
cfox@labaton.com

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

Additional Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

      I, David A. Rosenfeld, hereby certify that on August 10, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to received such notice. I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 10, 2021, at Melville, New York.

                                                      /s/ DAVID A. ROSENFELD
                                                      DAVID A. ROSENFELD