UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARRIE SCHEUFELE, JEFFREY
SCHEUFELE, and NICHOLAS ORAM,
individually and on behalf of all
others similarly situated,

              Plaintiffs,

- against -

TABLEAU SOFTWARE, INC., CHRISTIAN
CHABOT, THOMAS WALKER, PATRICK
HANRAHAN, and CHRISTOPHER STOLTE,

              Defendants.

17-cv-5753 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The settlement hearing, which is currently scheduled for September 14, 2021 at 2:30 p.m., is adjourned to September 17, 2021 at 3:30 p.m. The parties may access the settlement hearing using the following dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          September 10, 2021

                                      _____
                                          John G. Koeltl
                                      United States District Judge