UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
CARRIE SCHEUFELE, JEFFREY : Civil Action No. 1:17-cv-05753-JGK
SCHEUFELE and NICHOLAS ORAM, :
Individually and on Behalf of All Others : CLASS ACTION
Similarly Situated, :
 : [PROPOSED] ORDER APPROVING
          Plaintiffs, : DONATION OF RESIDUAL SETTLEMENT
 : FUNDS
    vs. :
 :
TABLEAU SOFTWARE, INC., CHRISTIAN :
CHABOT, THOMAS WALKER, PATRICK :
HANRAHAN and CHRISTOPHER STOLTE, :
 :
          Defendants. :
 :
---------------------------------------------------------- x

This matter came before the Court on Lead Counsel's motion regarding the distribution of the Net Settlement Fund and the small residual funds remaining following those efforts. Pursuant to ¶5.10 of the Stipulation of Settlement (ECF 173), Lead Counsel seek the Court's approval to distribute the *de minimis* residual, approximately $5,500.00 to Legal Services NYC, a non-profit organization devoted to, among other things, supporting law-related programs of legal services organizations throughout New York City, and which is unaffiliated with Lead Counsel.

Upon consideration of Lead Counsel's motion, IT IS HEREBY ORDERED THAT:

1. The *de minimis* residual funds remaining in the distribution account may be donated to Legal Services NYC.

IT IS SO ORDERED.

DATED: 5/27/25

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

- 1 -