UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

CARRIE SCHEUFELE, JEFFREY SCHEUFELE and NICHOLAS ORAM, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiffs,

    vs.

TABLEAU SOFTWARE, INC., CHRISTIAN CHABOT, THOMAS WALKER, PATRICK HANRAHAN and CHRISTOPHER STOLTE,

                       Defendants.

———————————————————————— x

: Civil Action No. 1:17-cv-05753-JGK

: CLASS ACTION

: [PROPOSED] ORDER APPROVING
: DONATION OF RESIDUAL SETTLEMENT
: FUNDS

Case 1:17-cv-05753-JGK    Document 207    Filed 12/02/25    Page 2 of 2

This matter came before the Court on Lead Counsel's motion regarding the distribution of returned settlement funds. Pursuant to ¶5.10 of the Stipulation of Settlement (ECF 173), Lead Counsel seeks the Court's approval to distribute the *de minimis* residual, approximately $6,300.00, to Legal Services NYC, a non-profit organization devoted to, among other things, supporting law-related programs of legal services organizations throughout New York City, and which is unaffiliated with Lead Counsel.

Upon consideration of Lead Counsel's motion, IT IS HEREBY ORDERED THAT:

1.    The *de minimis* returned funds remaining in the distribution account may be donated to Legal Services NYC.

IT IS SO ORDERED.

DATED: ___12/2/25___         _____
                              THE HONORABLE JOHN G. KOELTL
                              UNITED STATES DISTRICT JUDGE